UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
Robert S. Schnars :
       Debtor : CASE NO. 4:24-bk-01917 MJC

**Notice of Creditor Change of Address**

Debtor, Robert S. Schnars, through counsel, gives notice of change of address for the following creditors:

1. Paradigmasst - No address listed
2. New address: 5757 Phantom Drive Hazelwood, MO 63042
3. Lycoming County DRS – No address listed
4. New address: 48 W 4th St. Williamsport, PA 17701

    Respectfully submitted,

    /s/ Gail L. Hills
    Gail L. Hills, Esquire
    Attorney for debtor
    ID #312468
    P.O. Box 628
    Carlisle, PA 17013
    Phone: (717) 636-2062
    Fax: (570) 300-2353
    Email: gail.hills@ghillslaw.com