In re:                                                                    Case No. 24-01917-MJC

Robert S Schnars                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Aug 13, 2024                 Form ID: asextnd                   Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S Schnars, 1345 Tallman Hollow Rd, Montoursville, PA 17754-8591 |
| 5634618 | + | Leeann M Sickels, 1345 Tallman Hollow Road, Montoursville, PA 17754-8591 |
| 5634620 | + | Lycoming Co Drs, 48 W 4th St., Williamsport, PA 17701-6250 |
| 5634622 | + | Paradigmasst, 5757 Phantom Drive, Hazelwood, MO 63042-2415 |
| 5634625 | | Sallie Mae Bank Inc, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 5634628 | + | Woodlands Bank, 2450 E 3rd Street, Williamsport, PA 17701-4082 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5634613 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 13 2024 18:49:00 | Absres Inv, Attn: Bankruptcy, 8000 Norman Center Dr, Ste 350, Bloomington, MN 55437-1118 |
| 5634614 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2024 18:59:59 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5643856 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2024 18:49:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5643815 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 13 2024 18:49:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5634615 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 13 2024 18:49:00 | Dept of Education/Neln, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5634616 | | Email/Text: mrdiscen@discover.com | Aug 13 2024 18:49:00 | Discover Bank, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5634617 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2024 18:59:20 | Jpmcb Card, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 5645047 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 18:59:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5634619 | | Email/Text: Documentfiling@lciinc.com | Aug 13 2024 18:49:00 | Lending Club Corp, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 5634621 | | Email/Text: bankruptcy@marinerfinance.com | Aug 13 2024 18:49:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5634624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2024 18:48:55 | Portfolio Rc, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5644127 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2024 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5634623 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2024 18:59:55 | Portfolio, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5645159 | + | Email/Text: shari.stephenson@revcosolutions.com | Aug 13 2024 18:49:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN |

| | | | |
|---|---|---|---|
| | | | 46240-6430 |
| 5634626 | Email/Text: bncmail@w-legal.com | | |
| | | Aug 13 2024 18:49:00 | Td Bank USA/Targetcred, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5634627 | Email/Text: bkelectronicnotices@usaa.com | | |
| | | Aug 13 2024 18:49:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com |
| Gail Lee Hills | |
| | on behalf of Debtor 1 Robert S Schnars gail.hills@ghillslaw.com  Hills.GailB@notify.bestcase.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert S Schnars,                                   Chapter          13

**Debtor 1**

Case No.          4:24−bk−01917−MJC

| **Notice** |
|---|

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on August 1, 2024.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 8/29/24** |
|---|---|
| | **Time: 10:00 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **August 27, 2024**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 570−831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 13, 2024 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**