# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ROBERT S SCHNARS

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

ROBERT S SCHNARS

CASE NO: 4-24-01917-MJC

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on August 19, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle Districtof Pennsylvania, through his attorney, Agatha R. McHale Esquire, and moves this Honorable Court fordismissal of the above-captioned Chapter 13 bankruptcy case with prejudice.

1. A Petition under Chapter 13 was filed on August 1, 2024.

2. The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).
   - Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
   - Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
   - CHAPTER 13 PLAN

In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

Case Number: 4-23-02045-MJC
Counsel: PAUL W MCELRATH, JR, ESQUIRE
Filing Date: 09/08/23    Date Dismissed: 10/24/23
Total Payments: $0.00    Chapter: 13
Result: Dismissed for failure to file information

Case Number: 4-21-00802-MJC
Counsel: PAUL W MCELRATH, JR, ESQUIRE
Filing Date: 04/10/21    Date Dismissed: 07/28/22
Total Payments: $17,500.00    Chapter: 13
Result: Dismissed for failure to make plan payments

Case Number: 4-19-05102-RNO
Counsel: MATTHEW JOSEPH ZEIGLER, ESQUIRE
Filing Date: 11/29/19    Date Dismissed: 08/24/20
Total Payments: $1,500.00    Chapter: 13
Result: Dismissed for failure to make plan payments

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of three (3) prior Chapter 13 petitions within a four (4) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of hearing and/or other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
1. Enter an Order dismissing the above-captioned case and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

    Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ROBERT S SCHNARS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 4-24-01917-MJC

Movant

### NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss with Prejudice for failure to file:

- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
Courtroom #2
197 S. Main Street
Wilkes Barre, PA 18701

Date: September 19, 2024
Time: 10:00 AM

Objections/responses are due on or before September 2, 2024. The hearing as scheduled will be held regardless of any objections or responses having been filed.

Dated: August 19, 2024

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT S SCHNARS        CHAPTER 13

            Debtor(s)

JACK N. ZAHAROPOULOS        CASE NO: 4-24-01917-MJC
CHAPTER 13 TRUSTEE
            Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 19, 2024, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**

GAIL LEE HILLS, ESQUIRE
P.O. BOX 628
CARLISLE, PA  17013

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

**Served by First Class Mail**

ROBERT S SCHNARS
1345 TALLMAN HOLLOW RD
MONTOURSVILLE, PA 17754

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 19, 2024          /s/ Vickie Williams
                                            Office of the Standing Chapter 13 Trustee
                                            Jack N. Zaharopoulos
                                            Suite A, 8125 Adams Dr.
                                            Hummelstown, PA   17036
                                            Phone:  (717) 566-6097
                                            email: info@pamd13trustee.com

IN RE: ROBERT S SCHNARS

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CASE NO: 4-24-01917-MJC

vs.

ROBERT S SCHNARS

Respondent(s)

**ORDER DISMISSING CASE WITH PREJUDICE**

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.