In re:  Case No. 24-01917-MJC
Robert S Schnars  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Aug 29, 2024      Form ID: ntnew341      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S Schnars, 1345 Tallman Hollow Rd, Montoursville, PA 17754-8591 |
| 5634618 | + | Leeann M Sickels, 1345 Tallman Hollow Road, Montoursville, PA 17754-8591 |
| 5634620 | + | Lycoming Co Drs, 48 W 4th St., Williamsport, PA 17701-6250 |
| 5634622 | + | Paradigmasst, 5757 Phantom Drive, Hazelwood, MO 63042-2415 |
| 5634625 | | Sallie Mae Bank Inc, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 5634628 | + | Woodlands Bank, 2450 E 3rd Street, Williamsport, PA 17701-4082 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5634613 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 29 2024 18:52:00 | Absres Inv, Attn: Bankruptcy, 8000 Norman Center Dr, Ste 350, Bloomington, MN 55437-1118 |
| 5634614 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2024 19:02:32 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5643856 | + | Email/Text: bankruptcy@cavps.com | Aug 29 2024 18:53:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5643815 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 29 2024 18:52:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5634615 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 29 2024 18:53:00 | Dept of Education/Neln, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5634616 | | Email/Text: mrdiscen@discover.com | Aug 29 2024 18:52:00 | Discover Bank, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5634617 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2024 19:12:54 | Jpmcb Card, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 5645047 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 19:01:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5634619 | | Email/Text: Documentfiling@lciinc.com | Aug 29 2024 18:53:00 | Lending Club Corp, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 5634621 | | Email/Text: bankruptcy@marinerfinance.com | Aug 29 2024 18:53:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5634624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2024 19:01:26 | Portfolio Rc, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5647145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2024 19:02:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5644127 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2024 18:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5634623 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2024 19:02:04 | Portfolio, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5645159 | + | Email/Text: shari.stephenson@revcosolutions.com | Aug 29 2024 18:53:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 5634626 | | Email/Text: bncmail@w-legal.com | Aug 29 2024 18:53:00 | Td Bank USA/Targetcred, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5645723 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 29 2024 18:53:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5634627 | | Email/Text: bkelectronicnotices@usaa.com | Aug 29 2024 18:52:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

**Name** — **Email Address**

Brent J Lemon
on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com

Gail Lee Hills
on behalf of Debtor 1 Robert S Schnars gail.hills@ghillslaw.com Hills.GailB@notify.bestcase.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
| --- | --- |
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Robert S Schnars,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 4:24−bk−01917−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
| --- | --- |
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: September 30, 2024<br><br>Time: 11:30 AM |

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2024 |

ntnew341 (09/23)