In re:  
Robert S Schnars  
    Debtor

Case No. 24-01917-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2  
Date Rcvd: Sep 10, 2024      Form ID: pdf010      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S Schnars, 1345 Tallman Hollow Rd, Montoursville, PA 17754-8591 |
| 5634618 | + | Leeann M Sickels, 1345 Tallman Hollow Road, Montoursville, PA 17754-8591 |
| 5634620 | + | Lycoming Co Drs, 48 W 4th St., Williamsport, PA 17701-6250 |
| 5634622 | + | Paradigmasst, 5757 Phantom Drive, Hazelwood, MO 63042-2415 |
| 5634625 | | Sallie Mae Bank Inc, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 5634628 | + | Woodlands Bank, 2450 E 3rd Street, Williamsport, PA 17701-4082 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5634613 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 10 2024 18:41:00 | Absres Inv, Attn: Bankruptcy, 8000 Norman Center Dr, Ste 350, Bloomington, MN 55437-1118 |
| 5634614 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2024 19:00:36 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5643856 | + | Email/Text: bankruptcy@cavps.com | Sep 10 2024 18:42:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5643815 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 10 2024 18:41:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5634615 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2024 18:42:00 | Dept of Education/Neln, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5634616 | | Email/Text: mrdiscen@discover.com | Sep 10 2024 18:41:00 | Discover Bank, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5634617 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 10 2024 18:49:53 | Jpmcb Card, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 5645047 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2024 18:49:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5634619 | | Email/Text: Documentfiling@lciinc.com | Sep 10 2024 18:41:00 | Lending Club Corp, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 5634621 | | Email/Text: bankruptcy@marinerfinance.com | Sep 10 2024 18:41:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5634624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2024 18:49:59 | Portfolio Rc, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5647145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2024 18:49:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5644127 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2024 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5634623 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2024 19:00:49 | Portfolio, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5645159 | + | Email/Text: shari.stephenson@revcosolutions.com | Sep 10 2024 18:41:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 5634626 | | Email/Text: bncmail@w-legal.com | Sep 10 2024 18:41:00 | Td Bank USA/Targetcred, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5645723 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2024 18:42:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5634627 | | Email/Text: bkelectronicnotices@usaa.com | Sep 10 2024 18:41:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com |
| Gail Lee Hills | on behalf of Debtor 1 Robert S Schnars gail.hills@ghillslaw.com Hills.GailB@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Robert S. Schnars, | : | Case No. 4:24-bk-01917-MJC |
| | : | |
| Debtor. | : | |

## ORDER DENYING MOTION TO EXTEND STAY

Upon consideration of Debtor's Motion to Extend Stay as to All Creditors, Dkt. # 14 ("Motion"), and the Debtor having certified that all creditors and parties in interest have been properly served, no responses having been filed thereto, after a hearings held on August 29, 2024 and September 10, 2024, wherein Debtor failed to appear, it is hereby

**ORDERED** that the Motion is **DENIED** for lack of prosecution.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 10, 2024