United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 24-01917-MJC
Robert S Schnars Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf010 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S Schnars, 1345 Tallman Hollow Rd, Montoursville, PA 17754-8591 |
| 5634618 | + | Leeann M Sickels, 1345 Tallman Hollow Road, Montoursville, PA 17754-8591 |
| 5634620 | + | Lycoming Co Drs, 48 W 4th St., Williamsport, PA 17701-6250 |
| 5634622 | + | Paradigmasst, 5757 Phantom Drive, Hazelwood, MO 63042-2415 |
| 5634625 | | Sallie Mae Bank Inc, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 5634628 | + | Woodlands Bank, 2450 E 3rd Street, Williamsport, PA 17701-4082 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5634613 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 19 2024 18:38:00 | Absres Inv, Attn: Bankruptcy, 8000 Norman Center Dr, Ste 350, Bloomington, MN 55437-1118 |
| 5652575 | | Email/PDF: bncnotices@becket-lee.com | Sep 19 2024 18:42:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5634614 | | Email/PDF: bncnotices@becket-lee.com | Sep 19 2024 18:42:06 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5643856 | + | Email/Text: bankruptcy@cavps.com | Sep 19 2024 18:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5643815 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 19 2024 18:38:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5634615 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2024 18:38:00 | Dept of Education/Neln, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5634616 | | Email/Text: mrdiscen@discover.com | Sep 19 2024 18:38:00 | Discover Bank, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5634617 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 19 2024 18:42:04 | Jpmcb Card, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 5645047 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 18:41:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5634619 | | Email/Text: Documentfiling@lciinc.com | Sep 19 2024 18:38:00 | Lending Club Corp, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 5634621 | | Email/Text: bankruptcy@marinerfinance.com | Sep 19 2024 18:38:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5634624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2024 18:41:58 | Portfolio Rc, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5647145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2024 18:42:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5644127 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

| | | | |
| --- | --- | --- | --- |
| 5634623 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2024 18:41:59 | Portfolio, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5645159 | + Email/Text: shari.stephenson@revcosolutions.com | Sep 19 2024 18:38:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 5634626 | Email/Text: bncmail@w-legal.com | Sep 19 2024 18:38:00 | Td Bank USA/Targetcred, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5645723 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2024 18:38:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5634627 | Email/Text: bkelectronicnotices@usaa.com | Sep 19 2024 18:38:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2024　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com |
| Gail Lee Hills | on behalf of Debtor 1 Robert S Schnars gail.hills@ghillslaw.com Hills.GailB@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT S SCHNARS

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 4-24-01917-MJC

vs.

ROBERT S SCHNARS

Respondent(s)

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 19, 2024